**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**A.S., and B.S., minors, by their next best friend, BETH SCHILLER, their mother,**

           **Plaintiffs,**

-vs-                                    **Case No.  6:07-cv-1993-Orl-JA/GJK**

**SEMINOLE COUNTY SCHOOL BOARD, and KATHLEEN MARY GARRETT,**

           **Defendants.**
_____

## ORDER OF DISMISSAL

The Court has been advised by Plaintiffs that the above-styled action has been completely settled (Doc. 48).  Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party within sixty (60) days from the date of this Order, to re-open the action upon good cause shown, to submit a joint stipulation of dismissal with prejudice, or to submit a stipulated form of final order or judgment.  All pending motions are **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida on this 20th day of May, 2009.

Copies furnished to:
Counsel of Record

JOHN ANTOON II
United States District Judge